**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Nephrology Leaders and Associates and M. Atiq Dada, MD v.
                         American Renal Associates LLC

Appellate case number:   01-18-00242-CV

Trial court case number: 2017-21479

Trial court:             190th District Court of Harris County

Appellee, American Renal Associates LLC, argues in its brief that appellants, Nephrology Leaders and Associates and M. Atiq Dada, MD, lack standing to bring this appeal. The Court requests briefing from appellants, responding to this argument. The Court would like appellants to address what particularized injuries they have suffered as a result of the trial court's order being appealed as well as how the requested relief of reversal of the order would affect such injuries.

Any briefing by appellants must be filed within 21 days from the issuance of this order. All rules of appellate procedure apply to the briefs filed pursuant to this order, including the rules on what portions of a brief count towards the page limits. *See* TEX. R. APP. P. 9.4(i) (identifying which portions of a brief count towards the page limit and limiting parties in a civil case to an aggregate 90-page or 27,000-word limit on their briefs).

Failure to submit briefing may result in the appeal being dismissed for want of jurisdiction.

It is so ORDERED.

Judge's signature: ____/s/ Laura C. Higley_____
                        Acting individually


Date: _____December 11, 2018_____